

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-88,161-01

**EX PARTE TROY ALAN STILLS, Applicant**

**ON APPLICATION FOR A WRIT OF HABEAS CORPUS
CAUSE NO. 063589-A IN THE 397TH DISTRICT COURT
FROM GRAYSON COUNTY**

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of kidnapping and aggravated kidnapping and sentenced to two and eight years' imprisonment, respectively. He did not appeal his convictions.

Applicant's two-year sentence has discharged, and he has not raised collateral consequences. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(c). Accordingly, his claims relating to his kidnapping conviction are dismissed. His claims relating to his aggravated kidnapping conviction are denied.

Filed: March 28, 2018
Do not publish